# EXHIBIT 2

Filed: 6/23/2021 11:12 AM
Lynne Finley
District Clerk
Collin County, Texas
By Kathy Richardson Deputy
Envelope ID: 54691273

**CAUSE NO. 471-02547-2021**

| | | |
|---|---|---|
| **PATRIOT CONCRETE, INC.** § | | **IN THE DISTRICT COURT** |
| § | | |
| *Plaintiff*, § | | |
| v. § | | |
| § | | |
| **G WISE GROUP, LLC, GREGORY** § | | **471st JUDICIAL DISTRICT** |
| **WISNER, G WISE DEVELOPMENTS,** § | | |
| **LLC, AND BALLOUT REAL ESTATE,** § | | |
| **LLC** § | | |
| § | | |
| *Defendants*. § | | **COLLIN COUNTY, TEXAS** |

**INTERLOCUTORY DEFAULT JUDGMENT**

On the 6th day of ~~June~~ July, 2021, came on to be heard in the above-entitled and numbered case PATRIOT CONCRETE, INC.'s ("Plaintiff") Motion for Default Judgment against G WISE DEVELOPMENTS, LLC ("Developments") and GREGORY WISNER ("Wisner"). After reviewing the motion and the pleadings on file, the Court GRANTS the Motion for Default Judgment against Developments and Wisner and the Court RENDERS default judgment for Plaintiff on an interlocutory basis.

Developments and Wisner, although duly and legally cited to appear and answer, wholly made default. The Court is of the opinion that Developments and Wisner, by their defaults, admitted the allegations in Plaintiff's Original Petition filed in 471-02547-2021.

The Court finds that Developments and Wisner breached their valid contract with Plaintiff.

The Court finds that Developments and Wisner were unjustly enriched by the provision of concrete by Plaintiff that was never paid for.

The Court finds that Developments and Wisner are liable to Plaintiff for quantum meruit for the provision of concrete that Developments and Wisner accepted yet never paid for.

The Court finds that Developments and Wisner are liable to Plaintiff for promissory

estoppel for making promises that Plaintiff relied on to Plaintiff's detriment.

The Court finds that Developments and Wisner are liable to Plaintiff for violating the Texas Prompt Payment Act.

The Court finds that Developments and Wisner are liable to Plaintiff for fraud.

The Court finds that Plaintiff has elected to recover against Developments and Wisner for fraud.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Default Judgment against Developments and Wisner is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the material allegations of Plaintiff's Original Petition be, and the same are, deemed admitted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Developments and Wisner benefit of the bargain damages in the sum of $92,943.45.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Developments and Wisner exemplary damages for fraud in the amount of $278,830.35, representing three times the benefit of the bargain damages.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Developments and Wisner post-judgment interest at the rate of 5% per annum from on the date this Default Judgment is signed until the total amount of the Default Judgment is paid in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that $329.00 of Plaintiff's costs and $160.00 in service costs are hereby taxed against Developments and Wisner.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall be able to abstract this judgment immediately.

SIGNED this the _____ day of _____, 2021.

7/6/2021

*Andrea K. Bouressa*
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tailim Song on behalf of Tailim Song
Bar No. 00792845
tsong@tailimsong.com
Envelope ID: 54691273
Status as of 7/7/2021 10:01 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jordan Whiddon | | jwhiddon@tailimsong.com | 6/23/2021 11:12:16 AM | SENT |
| Yuliana Ramirez | | yuliana@tailimsong.com | 6/23/2021 11:12:16 AM | SENT |
| Tailim Song | | tsong@tailimsong.com | 6/23/2021 11:12:16 AM | SENT |